Exhibit A

WILLIAM P. BARR
Attorney General of the United States

NICOLA T. HANNA
United States Attorney
Central District of California

BRANDON D. FOX
Chief, Criminal Division
Central District of California

MARK A. WILLIAMS
DENNIS MITCHELL
Special Attorneys Appointed Under 28 U.S.C. § 515
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359 / (213) 894-2484
E-mail:   mark.a.williams@usdoj.gov
          dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR NO. |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [42 U.S.C. § 6928(d)(2)(A): Unlawful Storage of Acute Hazardous Waste; 7 U.S.C. §§ 136j(a)(2)(K), 136l(b)(1)(B): Unlawful Spraying of a Banned Pesticide] |
| MONSANTO COMPANY, | |
| Defendant. | |

INFORMATION

COUNT 1

The United States Attorney charges:

Beginning on or before January 1, 2014, and continuing to on or about September 17, 2014, in Maui County, within the District of

```
 1  Hawaii, defendant MONSANTO COMPANY knowingly stored acute hazardous
 2  waste, namely, more than one kilogram of methyl parathion, also known
 3  as Penncap-M, on the premises located at 1351 Mauna Loa Highway,
 4  Kaunakakai, Hawaii, on the island of Molokai, without a permit under
 5  Title 42, United States Code, Chapter 82, Subchapter III or pursuant
 6  to Title I of the Marine Protection, Research, and Sanctuaries Act,
 7  in violation of Title 42, United States Code, Section 6928(d)(2)(A).
 8  //
 9  //
```

COUNT 2

Beginning on or before January 1, 2014, and continuing to on or about October 21, 2014, in Maui County, within the District of Hawaii, defendant MONSANTO COMPANY knowingly stored acute hazardous waste, namely, more than one kilogram of methyl parathion, also known as Penncap-M, on the premises known as "Valley Farm" located on Maui Veterans Highway in Kihei, Hawaii, on the island of Maui, without a permit under Title 42, United States Code, Chapter 82, Subchapter III or pursuant to Title I of the Marine Protection, Research, and Sanctuaries Act, in violation of Title 42, United States Code, Section 6928(d)(2)(A).

//
//

COUNT 3

On or about July 15, 2014, in Maui County, within the District of Hawaii, defendant MONSANTO COMPANY, a commercial applicator, knowingly sprayed methyl parathion, also known as Penncap-M, a restricted use pesticide that was banned pursuant to a cancellation order issued by the Environmental Protection Agency, on corn seed and research crops on the premises known as "Valley Farm" located on Maui Veterans Highway in Kihei, Hawaii, on the island of Maui, in violation of Title 7, United States Code, Sections 136j(a)(2)(K), 136l(b)(1)(B).

Dated: October ___, 2019, at Los Angeles, California.

WILLIAM P. BARR
Attorney General of the United States

NICOLA T. HANNA
United States Attorney
Central District of California

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
Central District of California

MARK A. WILLIAMS
DENNIS MITCHELL
Special Attorneys Appointed Under 28 U.S.C. § 515

United States v. Monsanto Company
"Information"