Exhibit C

WILLIAM P. BARR
Attorney General of the United States
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Special Attorney Appointed Under 28 U.S.C. § 515
DENNIS MITCHELL (Cal. Bar No. 116039)
Special Attorney Appointed Under 28 U.S.C. § 515
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359 / (213) 894-2484
    E-mail:    mark.a.williams@usdoj.gov
               dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | **CURRENT TRIAL DATE:**<br>**PROPOSED TRIAL DATE:** |

    Plaintiff United States of America, by and through its counsel of record, Special Attorneys Mark A. Williams and Dennis Mitchell, and defendant MONSANTO COMPANY ("defendant"), both individually and by and through his counsel of record, Alice S. Fisher, hereby stipulate as follows:

1. The Information in this case was filed on _____. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on _____. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before _____.

2. On _____, the Court set a trial date of _____.

3. By this stipulation, defendant moves to continue the trial date to _____. This is the first request for a continuance of the trial date.

4. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

   a. Defendant is charged with violations of 42 U.S.C. § 6928(d)(2)(A) (unlawful storage of an acute hazardous waste).

   b. Defendant has entered into a plea agreement and a deferred prosecution agreement with the United States Attorney's Office for the Central District of California. The deferred prosecution agreement was filed on _____.

   c. In light of the foregoing, the parties represent that additional time is necessary for defendant to demonstrate its compliance with the provisions of the deferred prosecution agreement and plea agreement during the term of the deferred prosecution agreement.

   d. Defendant believes that failure to grant the continuance would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice.

   e. The government does not object to the continuance.

2

      f.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

      5.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of _____ to _____, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would be likely to make a continuance of the proceeding impossible, or result in a miscarriage of justice.

      6.   In addition, the parties agree that the time period of _____ to _____, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(2) because the delay constitutes a period during which prosecution is deferred by the attorney for the government pursuant to a written agreement with defendant, with the approval of the Court, for the purpose of allowing defendant to demonstrate its good conduct.

//
//
//
//
//

7.   Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: August __, 2019        Respectfully submitted,

WILLIAM P. BARR
Attorney General of the United States

NICOLA T. HANNA
United States Attorney
Central District of California

_____
DENNIS MITCHELL
MARK A. WILLIAMS
Special Attorneys Appointed Under
28 U.S.C. § 515

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am MONSANTO COMPANY's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of its Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than _____ is an informed and voluntary one.

_____       _____
ALICE S. FISHER                        Date
Attorney for Defendant
MONSANTO COMPANY

1    I have been authorized by defendant MONSANTO COMPANY
2 ("defendant") to enter into this stipulation.  I have read this
3 stipulation and have carefully discussed it with defendant's
4 attorney.  I understand defendant's Speedy Trial rights.  On behalf
5 of defendant, I voluntarily agree to the continuance of the trial
6 date, and give up defendant's right to be brought to trial earlier
7 than _____.

8

9 NAME: _____     Date _____

10 TITLE:

11 Authorized Representative of
   Defendant
12 MONSANTO COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1  WILLIAM P. BARR
    Attorney General of the United States
 2  NICOLA T. HANNA
    United States Attorney
 3  BRANDON D. FOX
    Assistant United States Attorney
 4  Chief, Criminal Division
    MARK A. WILLIAMS (Cal. Bar No. 239351)
 5  Special Attorney Appointed Under 28 U.S.C. § 515
    DENNIS MITCHELL (Cal. Bar No. 116039)
 6  Special Attorney Appointed Under 28 U.S.C. § 515
         1300 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-3359 / (213) 894-2484
         E-mail:    mark.a.williams@usdoj.gov
 9                  dennis.mitchell@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | **[PROPOSED] TRIAL DATE:** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on _____. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

 1    The Court further finds that: (i) the ends of justice served by
 2    the continuance outweigh the best interest of the public and
 3    defendant in a speedy trial; (ii) failure to grant the continuance
 4    would be likely to make a continuation of the proceeding impossible,
 5    or result in a miscarriage of justice; and (iii) pursuant to 18
 6    U.S.C. §§ 3161(h)(2), because the parties have entered into and filed
 7    a deferred prosecution agreement and the time period would allow
 8    defendant to demonstrate its good conduct.
 9        THEREFORE, FOR GOOD CAUSE SHOWN:
10        1.   The trial in this matter is continued from _____ to
11    _____.
12        2.   The time period of _____ to _____, inclusive, is
13    excluded in computing the time within which the trial must commence,
14    pursuant to 18 U.S.C. §§ 3161(h)(2), (h)(7)(A), (h)(7)(B)(i), and
15    (B)(iv).
16        3.   Nothing in this Order shall preclude a finding that other
17    provisions of the Speedy Trial Act dictate that additional time
18    periods are excluded from the period within which trial must
19    commence.  Moreover, the same provisions and/or other provisions of
20    the Speedy Trial Act may in the future authorize the exclusion of
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____        _____
DATE                             HONORABLE
                                 UNITED STATES DISTRICT JUDGE

Presented by:

____/s/_____
DENNIS MITCHELL
MARK A. WILLIAMS
Special Attorneys Appointed Under
28 U.S.C. § 515

3