AO 245B (Rev. 2/18) Judgment in a Criminal Case
Sheet 1



# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 20 2019
at 3 o'clock and 00 min. P.M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 1:19CR00162-001 |
| MONSANTO COMPANY | USM Number: |
| | WILLIAM M. HARSTAD, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count: 3 of the Information .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 7 U.S.C. §§ 136j (a) (2) (K), and 136l (b) (1) (B) | Unlawful Spraying of a Banned Pesticide | July 15, 2014 | 3 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

December 16, 2019
Date of Imposition of Judgment

Signature of Judicial Officer

**J. MICHAEL SEABRIGHT**, Chief United States District Judge
Name & Title of Judicial Officer

December 20, 2019
Date

AO 245B (Rev. 2/18) Judgment in a Criminal case
    Sheet 4 - Probation

| | |
|---|---|
| DEFENDANT:     MONSANTO COMPANY | Judgment - Page 2of 3 |
| CASE NUMBER: 1:19CR00162-001 | |

# PROBATION

You are hereby placed on probation for a term of: TWO (2) YEARS.

This term consists of TWO (2) YEARS of probation, as to Count 3 of the Information.

# SPECIAL CONDITIONS OF PROBATION

1. As set forth in the Plea Agreement, and to satisfy all community service payments required pursuant to that agreement, Monsanto shall make a total of $4,000,000 in community service payments to the following entities:

    a. $800,000 to the Hawaii Department of Agriculture ("HDOA") for use by the HDOA to create and fund a Pesticide Disposal Program and for training and educational purposes;

    b. $800,000 to the Hawaii Department of Land and Natural Resources ("HDLNR"), Maui Division of Aquatic Resources, for use by the HDLNR in its marine programs;

    c. $800,000 to the Hawaii Department of Health ("HDOH"), Hazardous Waste Branch, for use by the HDOH in its training and education programs;

    d. $800,000 to the HDOH, Environmental Management Division, for use by the HDOH for water quality monitoring, water quality improvement purposes, and training and education purposes; and

    e. $800,000 to the Kahoolawe Island Reserve Commission ("KIRC") for use by the KIRC in the clean-up of the island of Kahoolawe.

2. Monsanto shall develop, maintain, and implement a comprehensive environmental compliance program for compliance with the Resource Conservation and Recovery Act ("RCRA") and the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA") at all of its Hawaii sites. The compliance program, which shall be implemented within 90 calendar days from the date that Monsanto is sentenced, shall include Monsanto's retention of a qualified and experienced third party environmental compliance auditor (the "Environmental Auditor"), agreed to by the government, that is not affiliated with defendant, to conduct audits every six months of all of defendant's locations in Hawaii in order to determine whether or not defendant is in full compliance with RCRA and FIFRA. The audits shall not take longer than approximately one week per site; however, the auditor may take additional time as reasonably necessary. Defendant will fully cooperate in these audits, including promptly providing access to its facilities, employees, and documentation. The Environmental Auditor shall promptly provide a comprehensive written report of each audit to defendant, the USAO - Central District, and the United States Probation Officer ("Probation Officer") - Honolulu, and the Environmental Auditor shall cooperate fully in responding to questions from defendant, the Probation Officer, or the USAO regarding its audits and/or written reports. To the extent that the Environmental Auditor identifies any violations that do not constitute criminal violations, or the need for compliance enhancements, Monsanto shall have 30 days to cure such violations and/or apply such compliance enhancements before any breach of the Plea Agreement is declared.

3. Defendant shall not commit a federal felony or misdemeanor offense or state felony offense, including but not limited to violations of RCRA and FIFRA, and shall immediately notify the USAO and the Probation Officer if such a crime is committed.

AO 245 B (Rev. 02/18) Judgment in a Criminal Case
        Sheet 5 - Criminal Monetary Penalties

DEFENDANT:   MONSANTO COMPANY                                         Judgment - Page 3 of 3
CASE NUMBER: 1:19CR00162-001

4. Within 30 days of the date of sentencing, defendant shall designate an official of the organization to act as the organization's representative and to be the primary contact with the Probation Officer.

5. Defendant shall notify the Court, through the Probation Officer, and the USAO promptly upon learning of: (1) any material adverse change in its business or financial condition or prospects; (2) the commencement of any bankruptcy proceeding or criminal prosecution against defendant; or (3) the commencement of any major civil litigation, administrative proceeding, or any investigation or formal inquiry by government authorities regarding defendant that impacts defendant's ability to perform any conditions of probation. Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.

6. Defendant shall notify the USAO and the Probation Officer of any change in its principal business or mailing address, ten days prior to such change or within 72 hours if advance notice is not possible.

7. Defendant shall permit a Probation Officer to visit any of defendant's locations.

8. Defendant shall provide reasonably prompt notice to the Probation Officer and USAO of any sale of defendant, change in defendant's name, merger of defendant with another business entity, or otherwise any changes to defendant's organizational structure that impacts defendant's ability to perform any conditions of probation.

9. Defendant shall comply with all terms of the parties' felony Deferred Prosecution Agreement and Plea Agreement.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as follows:

|         | Assessment | JVTA Assessment* | Fine         | Restitution |
|---------|------------|------------------|--------------|-------------|
| Totals: | $ 125.00   | $                | $200,000.00  | $           |

The fine of $200,000.00 is due in full within two weeks of the date sentence was imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.